1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    SUSAN JEAN PHILLIPS,

9                          Plaintiff,           CASE NO. C14-0442-RAJ

10        v.

11   CAROLYN W. COLVIN, Acting              REPORT AND RECOMMENDATION
     Commissioner of Social Security,
12
                           Defendant.
13

14        Plaintiff brought this action to seek judicial review of the denial of an application for

15   disability benefits by the Commissioner of the Social Security Administration.  The parties now

16   stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 20.)

17        Based on the stipulation of the parties, the Court recommends this case be REVERSED

18   and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to

19   sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge (ALJ) shall: (1)

20   obtain additional evidence and give plaintiff an opportunity for a hearing; (2) evaluate the

21   medical evidence, including treatment notes from the treating sources; (3) evaluate plaintiff's

22   subjective complaints during the entire period at issue and provide rationale in accordance with

23   the disability regulations pertaining to evaluation of symptoms; (4) further evaluate the State

REPORT AND RECOMMENDATION
PAGE - 1

1   agency psychological consultants' opinions; (5) reassess residual functional capacity; and (6)

2   obtain evidence from a vocational expert to clarify the effect of the assessed limitations on

3   plaintiff's occupational base.  Also, upon proper request, plaintiff may be entitled to reasonable

4   attorney fees and costs pursuant to 28 U.S.C. § 2412.

5          The Court recommends that United States District Judge Richard A. Jones immediately

6   approve this Report and Recommendation and order the case REVERSED and REMANDED for

7   further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed

8   order accompanies this Report and Recommendation.

9          DATED this 6th day of November, 2014.

10

11

12                                          Mary Alice Theiler
                                            Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION
PAGE - 2