U.S. DISTRICT COURT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SUSAN JEAN PHILLIPS, | ) | No. 2:14-cv-00442-RAJ |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having been brought before the Court upon Plaintiff's Motion for Equal Access to Justice Act attorneys' fees and costs (Dkt. # 24), and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,853.54 and reimbursement of expenses in the amount of $24.70 for a total of $5,878.24 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $6.40 in costs under 28 U.S.C. § 1920. The check(s) shall

[~~PROPOSED~~] ORDER ON
MOTION FOR EAJA FEES - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

be mailed to Plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to the Law Office of Steven M. Robey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. If, however, Plaintiff's EAJA fees are subject to offset, then the check should be made payable to Plaintiff.

DATED this 23rd day of April, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER ON
MOTION FOR EAJA FEES - 2

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838